# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2014

148978(89)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PAMELA B. JOHNSON TRUST, ELDON E. JOHNSON, and EUGENE SAENGER, JR.,
   Plaintiffs-Appellants,

and

JOHN REIS and NORMA CAMP,
   Plaintiffs,

v

JAMES ANDERSON, PATRICIA ANDERSON, and APJ PROPERTIES, LLC,
   Defendants-Appellees.

SC: 148978
COA: 309913
Charlevoix CC: 11-040723-CH

_____/

   On order of the Court, the motion for reconsideration of this Court's September 5, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014



Clerk

p1117